UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIETTE K. BUTLER,

     Plaintiff,

v.                                                                  Case No: 8:15-cv-2356-T-27JSS

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____/

## ORDER

     **BEFORE THE COURT** is the Report and Recommendation from the Magistrate Judge recommending that the decision of the Commissioner be reversed and the case be remanded under sentence four of 42 U.S.C. § 405(g). (Dkt. 26). Neither party filed objections and the time for doing so has expired.

     A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

     After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law,

1.     The Report and Recommendation (Dkt. 26) is **APPROVED** and **ADOPTED** for all purposes, including for appellate review.

2.     The decision of the Commissioner is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings.

3.     The Clerk shall enter final judgment in favor of Plaintiff and against the Commissioner of Social Security.

4.     The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this ___12___ day of December, 2016.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of record

2