UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTONIETTE K. BUTLER,

    Plaintiff,

v.                                                Case No: 8:15-cv-2356-T-27JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Unopposed Motion for Reconsideration of Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. 31) and Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. 31-1). Defendant has no objection to the Motions. Upon consideration, the Motions are **GRANTED**. Pursuant to 28 U.S.C. § 2412(d), Plaintiff is awarded $4,354.58 in EAJA fees for 23.10 hours of work at a rate of $188.51 per hour, both of which are reasonable, within **sixty (60) days** of the date of this Order, subject to reasonable extensions for good cause if shown.

**DONE AND ORDERED** this 10th day of March, 2017.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to: Counsel of record